IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE: ANTHONY J. CIPRIANO AND MICHELLE D. CIPRIANO | Case No. 4:09-BK-16517-RDT |
| **Debtors** | **Chapter 13** |

| | |
|---|---|
| CHASE HOME FINANCE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE | **MOVANT** |

VS.

| | |
|---|---|
| ANTHONY J. CIPRIANO AND MICHELLE D. CIPRIANO, Debtors; and MARK T. MCCARTY, Trustee | **RESPONDENTS** |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now Chase Home Finance LLC, Mortgage Electronic Registration Systems, Inc., as nominee by and through its attorneys, Wilson & Associates, P.L.L.C., and for its Motion for Relief from Automatic Stay against Anthony J. Cipriano and Michelle D. Cipriano a/k/a Michelle D. Lamoureux, the Debtors herein, states:

1. It is the servicer of the deed of trust and deed of trust note originally executed by Michelle Lamoureux on February 25, 2005, securing payment in the principal sum of $92,000.00 to American Mortgage Network, Inc., a Delaware Corporation. This deed of trust covers the real property located at 1601 N. Saba Street #325, Chandler, Arizona 85225, more particularly described as follows:

> **LOT 214, SUNSTONE II, ACCORDING TO BOOK 263 OF MAPS, PAGE 43, RECORDS OF MARICOPA COUNTY, ARIZONA.**

2.      The Debtors have proposed to surrender the collateral in their plan.  Therefore, Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1).

WHEREFORE, Movant prays that it have relief from the automatic stay provisions of 11 U.S.C. §362(d)(1) to permit it to liquidate the property pursuant to the provisions of the loan documents; and for such other and further relief, both general and specific, to which Movant may be entitled including, but not limited to, a reasonable fee for the services of its attorneys.

Respectfully Submitted,

WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
(501) 219-9388


By:     /s/ Leslie Fryxell
        Aaron Caldwell (2008091)
        Erika L. Brock (2007178)
        Leslie D. Fryxell (88096)
        Kimberly D. Burnette (88077)

Attorneys for Movant

## CERTIFICATE OF SERVICE

On <u>October 16, 2009</u>, a copy of the foregoing was served via electronic mail upon O.C Rusty Sparks, Attorney at Law, 620 West 3rd Street Suite 100, Little Rock, AR  72201.

/s/ Leslie Fryxell
Aaron Caldwell
Erika L. Brock
Leslie D. Fryxell
Kimberly D. Burnette

W&A. 355-173329 / Loan No. xxxxxx2874