IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:    ANTHONY J. CIPRIANO AND MICHELLE D. CIPRIANO | Case No. 4:09-BK-16517-RDT |
| **Debtors** | Chapter 13 |

| | |
|---|---|
| CHASE HOME FINANCE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE | MOVANT |
| VS. | |
| ANTHONY J. CIPRIANO AND MICHELLE D. CIPRIANO, Debtors; and MARK T. MCCARTY, Trustee | RESPONDENTS |

### ORDER

This matter comes before the Court pursuant to the motion of Movant, Chase Home Finance LLC, Mortgage Electronic Registration Systems, Inc., as nominee, for relief from the automatic stay, and the Court, rules that the motion is **GRANTED**. Rule 4001(a)(3) does not apply in this case. Therefore, relief is hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies against the following-described real property:

LOT 214, SUNSTONE II, ACCORDING TO BOOK 263 OF MAPS, PAGE 43, RECORDS OF MARICOPA COUNTY, ARIZONA.

Also known as:  1601 North Saba Street, CHANDLER, Arizona 85225

In the event that the proceeds of any sale conducted pursuant to a foreclosure proceeding exceeds the amount owed on the property by the debtors, then Movant shall forward said proceeds to the Trustee for disbursement to other creditors.

**IT IS SO ORDERED.**

                Richard Taylor
                United States Bankruptcy Judge

DATE:     November 23, 2009

APPROVED AS TO FORM:

WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
(501) 219-9388

EOD 11/24/2009
by B Greene

By:    /s/Leslie Fryxell
       Leslie Fryxell (88096)
       Attorney for Movant

By:    /s/O.C. Rusty Sparks
       O.C Rusty Sparks
       Attorney at Law
       620 West 3rd Street Suite 100
       Little Rock, AR 72201

By:    [signature]
       Mark T. McCarty
       Trustee
       P.O. Box 5006
       North Little Rock, AR 72119-5006

DNoOppOrder-RealProperty_wfowler_091117_1228
W&A No. 355-173329 / Loan No. xxxxxx2874